

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2023

**By ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Okine, et al.*, 13 Cr. 416 (RMB)

Dear Judge Berman:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.

    Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel in the above-captioned matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jarrod L. Schaeffer
Assistant United States Attorney
Tel.: (212) 637-2270

---

Application granted. The Clerk's Office is respectfully requested to terminate the appearance of Jarrod Schaeffer from this case.

SO ORDERED:
Date: 12/14/23

Richard M. Berman, U.S.D.J.